ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                     )
                                                )
L3Harris Integrated Aerospace Systems –         )   ASBCA No. 62123
  Waco                                          )
                                                )
Under Contract No. W58RGZ-07-D-0099             )

APPEARANCES FOR THE APPELLANT:       Dhananjay S. Manthripragada, Esq.
                                     Lindsay M. Paulin, Esq.
                                       Gibson, Dunn & Crutcher LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
                                       DCMA Chief Trial Attorney
                                     Amelia R. Lister-Sobotkin, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 25, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62123, Appeal of L3Harris Integrated Aerospace Systems - Waco, rendered in conformance with the Board's Charter.

Dated:  February 25, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals